No. 26-1693

# In the United States Court of Appeals for the Ninth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

v.

JUAN SANCHEZ,

*Defendant-Appellant*.

On Appeal from the United States District Court
for the Central District of California
The Honorable George H. Wu, Presiding
No. 2:18-CR-00172-GW-7

# Motion to Withdraw as Counsel and for Appointment of Substitute Counsel

CHARLES P. DIAMOND
1999 Avenue of the Stars
8th Floor
Los Angeles, California 90067
(310) 246-6789
cdiamond@omm.com

RICHARD P. LASTING
315 EAST 8TH STREET, SUITE 801
LOS ANGELES, CA 90014
(213) 489-9025
richardplasting@sbcglobal.net

*Counsel for Defendant-Appellant*

**Motion to Withdraw as Counsel and for
Appointment of Substitute Counsel**

Counsel on appeal, Charles P. Diamond, on behalf of himself and co-counsel Richard P. Lasting, hereby moves to withdraw as appellate counsel for the appellant, Juan Sanchez.  Mr. Sanchez requests that new counsel be appointed in their stead.  This motion is made pursuant to Ninth Circuit Rule 4-1(c)(1)(A) and is based on the attached declaration.

March 24, 2026                                Respectfully submitted,

                                                    CHARLES P. DIAMOND

                                                  */s/ Charles P. Diamond*
                                                  CHARLES P. DIAMOND

                                                  *Counsel for Defendant-Appellant*

**Declaration of Charles P. Diamond**

I, Charles P. Diamond, hereby declare and state as follows:

1.      I am an appointed counsel to Appellant Juan Sanchez, who I represent jointly with Richard P. Lasting.  We are both members of the Criminal Justice Act Panel of the Central District of California.  I submit this declaration in support of our motion to be relieved as counsel of record for Mr. Sanchez, who seeks IFP appointment of successor counsel on appeal.

2.      The district court appointed Mr. Lasting as Mr. Sanchez's counsel on July 3, 2018 at Mr. Sanchez's initial appearance [ECF #158].  Thereafter, the government superseded on October 14, 2021 to allege capital-eligible crimes [ECF #691].  As a result, the Court elevated Mr. Lasting as Learned Counsel and, in 2022, appointed me as his co-counsel.

3.      After a four-week trial, on March 28, 2025 a jury found Mr. Sanchez guilty on three counts (first-degree murder, VICAR murder and conspiracy) and not guilty on one count (felon in possession of a firearm) [ECF #1747].  Following post-trial motions, all of which were denied, on March 17, 2026 Judge Wu sentenced Mr. Sanchez to three concurrent life terms of imprisonment [ECF #1975].  Mr. Sanchez filed a timely notice of appeal on March 19, 2026 [ECF #1982].

4.      Mr. Lasting and I both have professional commitments that would make it very difficult for us to devote the time necessary to diligently prosecute this appeal.  Additionally, we are of the view that Mr. Sanchez's interests on appeal would be best protected by the appointment of new counsel who can look at the pretrial proceedings and trial evidence with a fresh pair of eyes and who is unencumbered in investigating ineffective assistance as a potential grounds of appeal.

5.      We have shared with Mr. Sanchez our decision not to participate in his appeal and to seek appointment on his behalf of appellate counsel.  He concurs in this decision.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2026, at Los Angeles, California.

  /s/ *Charles P. Diamond*
CHARLES P. DIAMOND

## Certificate of Service

I hereby certify that on March 24, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

5

I further certify that some participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participants:

**JUAN SANCHEZ**
BOP # 76586-112
MDC, LOS ANGELES
METROPOLITAN DETENTION CENTER
P.O. BOX 531500
LOS ANGELES, CA 90053

/s/ *Charles P. Diamond*

CHARLES P. DIAMOND
*Counsel for Defendant-Appellant*