UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CARLOS GONZALEZ, AKA Popeye,<br><br>Defendant - Appellant. | No. 26-1668<br><br>D.C. No. 2:18-cr-00172-GW-6<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JUAN SANCHEZ, AKA Squeaks,<br><br>Defendant - Appellant. | No. 26-1693<br><br>D.C. No.<br>2:18-cr-00172-GW-7<br>Central District of California,<br>Los Angeles |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MICHAEL LERMA, AKA Pomona Mike,<br>AKA Big Mike,<br><br>Defendant - Appellant. | No. 26-1717<br><br>D.C. No.<br>2:18-cr-00172-GW-1<br>Central District of California,<br>Los Angeles |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>JOSE VALENCIA GONZALEZ, AKA Swifty,<br><br>    Defendant - Appellant. | No. 26-1722<br><br>D.C. No.<br>2:18-cr-00172-GW-8<br>Central District of California,<br>Los Angeles |

The completed questionnaires in these cases show that the appeals are related and would benefit from coordination. Within 35 days, appellee and all appellants must file a joint statement that (1) states whether there will be any joint briefing; (2) identifies the parties, if any, who will also submit individual briefs and why; and (3) proposes a briefing schedule. Appellants are encouraged to submit a joint brief covering common issues of fact and law to the greatest extent practicable. *See* Committee Note to 9th Cir. R. 32-2 ("Rule 32-2(b) encourages separately represented parties to file a joint brief to avoid burdening the Court with repetitive presentations of common facts and issues.").

The court is not bound by any proposal submitted by the parties.

If the parties are unable to reach agreement within 35 days, any party may file a written request for a case management conference with the court's CJA Administrative Attorney, Sara Rief.

Briefing in these appeals is stayed pending further order of the court.

26-1668+

3

The motion (Docket Entry No. 4 in Appeal No. 26-1668) to modify the briefing schedule is denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

26-1668+