IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Nos. 26-1668, 26-1693 |
| | ) | 26-1717, 26-1722 |
| Plaintiff-Appellee, | ) | D.C. No. 18CR00172-GW |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS GONZALEZ, | ) | JOINT STATEMENT |
| JUAN SANCHEZ, | ) | |
| MICHAEL LERMA, | ) | |
| JOSE VALENCIA-GONZALEZ, | ) | |
| Defendants-Appellants. | ) | |
| _____ | ) | |

Pursuant to the May 4, 2026 order, appellant Juan Sanchez submits this joint statement on behalf of the parties. First, appellants intend to submit a joint brief. Second, each appellant may submit a supplemental individual brief that raises issues unique to the individual appellant. Third, the parties propose the following briefing schedule: (1) transcripts designated by August 17, 2026; (2) transcripts due on October 5, 2026; (3) appellants' joint opening brief and any individual briefs due on April 6, 2027; (4) government's answering brief due on August 6, 2027; and (5) any optional reply briefs due on October 6, 2027.

Dated: June 8, 2026

Respectfully submitted,
s/Benjamin L. Coleman
BENJAMIN L. COLEMAN
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 865-5106
blc@blcolemanlaw.com
Counsel for Appellant Juan Sanchez