UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> CARLOS GONZALEZ, AKA Popeye, <br><br> Defendant - Appellant. | No. 26-1668 <br><br> D.C. No. 2:18-cr-00172-GW-6 <br> Central District of California, <br> Los Angeles <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JUAN SANCHEZ, AKA Squeaks, <br><br> Defendant - Appellant. | No. 26-1693 <br> D.C. No. 2:18-cr-00172-GW-7 <br> Central District of California, <br> Los Angeles |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MICHAEL LERMA, AKA Pomona Mike, <br> AKA Big Mike, <br><br> Defendant - Appellant. | No. 26-1717 <br> D.C. No. 2:18-cr-00172-GW-1 <br> Central District of California, <br> Los Angeles |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>JOSE VALENCIA GONZALEZ, AKA<br>Swifty,<br><br>        Defendant - Appellant. | No. 26-1722<br>D.C. No.<br>2:18-cr-00172-GW-8<br>Central District of California,<br>Los Angeles |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The court has received the parties' joint statement (Docket Entry No. 9 in No. 26-1693). The court consolidates Appeal Nos. 26-1668, 26-1693, 26-1717, and 26-1722. The parties must include all case numbers on future filings.

Counsel must order the transcript by August 17, 2026. The transcript is due October 5, 2026. The opening briefs are due April 6, 2027. To the greatest extent practicable, one appellant will brief joint issues, which the other appellants may join. *See* Circuit Advisory Committee Note to Ninth Circuit Rule 32-2. Each appellant may also file an individual brief to address issues specific to that appellant. Appellants are encouraged to submit joint excerpts of record, which they may supplement individually as necessary.

The consolidated answering brief is due August 6, 2027. The optional reply briefs are due October 6, 2027.

26-1668+